**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

MATTHEW A. JAMESON,

    Plaintiff,

v.                                      Case No. 10-10366

OAKLAND COUNTY, et al.,

    Defendants.

_____/

**ORDER DIRECTING PARTIES TO FILE SUPPLEMENTAL BRIEFS AND**
**ADJOURNING SCHEDULED HEARING**

The court is scheduled to hear argument on Defendants' motion for summary judgment on July 13, 2011. Having reviewed the parties' briefs, the court believes that the resolution of the motion and any argument will be greatly assisted by additional briefing from each side on the following question: Whether the doctrine set forth by the Supreme Court in *Parratt v. Taylor*, 451 U.S. 527 (1981), *overruled on other grounds by Daniels v. Williams*, 474 U.S. 327 (1986), and in *Hudson v. Palmer*, 468 U.S. 517 (1984)—to wit, that no due process claim lies where the conduct complained of was "random and unauthorized" and the state provides adequate postdeprivation process—forecloses Plaintiff's claim under 42 U.S.C. § 1983. Accordingly,

IT IS ORDERED that Plaintiff and Defendants are each DIRECTED to file a supplemental brief addressing this question by **July 15, 2011**. This order serves as notice for the purposes of Federal Rule of Civil Procedure 56(f)(2).

IT IS FURTHER ORDERED that the July 13, 2011, hearing is ADJOURNED until further notice by the court.

   s/Robert H. Cleland
ROBERT H. CLELAND
UNITED STATES DISTRICT JUDGE

Dated: July 6, 2011

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, July 6, 2011, by electronic and/or ordinary mail.

   s/Lisa Wagner
Case Manager and Deputy Clerk
(313) 234-5522

S:\Cleland\JUDGE'S DESK\C2 ORDERS\10-10366.JAMESON.BriefParrattHudson.jmp.wpd