UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MATTHEW A. JAMESON,

    Plaintiff,

v.                        Case No. 10-10366

OAKLAND COUNTY, et al.,

    Defendants.

                                   /

**JUDGMENT**

In accordance with the court's "Opinion and Order Granting Defendants' Motion for Summary Judgment," dated July 29, 2011,

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of all Defendants and against Plaintiff. Dated at Detroit, Michigan, this 29th day of July 2011.

                DAVID J. WEAVER
                CLERK OF THE COURT


                S/Lisa Wagner
       By: Lisa Wagner, Case Manager and Deputy Clerk
                to Judge Robert H. Cleland